Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CAIN, | Case No.  09-CV-00380-JAM-EFB |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, REGINA CAIN, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 9, 2009.  NCO filed its responsive pleading on March 13, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

/ / /

Stipulation to Dismiss With Prejudice

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 8/14/09            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated:  8/14/09           KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee,
Attorney for Plaintiff,
Regina Cain

IT IS SO ORDERED.

Dated:  August 14, 2009           /s/ John A. Mendez_____
                                  Hon. John A. Mendez.
                                  United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com